ORDINANCE NO. 170-2012(PSH)

By Council Member Stein

An Ordinance amending Subsection (c) of Section 1351.34, "Registration of Dwelling Structures by Out-of-County Owners", and Subsection (c) of Section 1369.17, "Registration of Business Structures by Out-of-County Owners", of the Codified Ordinances of the City of Cleveland Heights; and declaring an emergency.

WHEREAS, it is necessary to increase the fees for registration of dwelling and business structures owned by out-of-county persons or entities to more adequately cover the City's costs associated with inspection and monitoring of said structures.

NOW, THEREFORE, BE IT ORDAINED by the Council of the City of Cleveland Heights, Ohio, that:

SECTION 1. This Council hereby amends Subsection (c) of Section 1351.34 of the Codified Ordinances of the City of Cleveland Heights so that said Subsection shall henceforth read as follows:

(c) The registration and annual renewal fees under this Section 1351.34 shall be $100.00. The registration process under this Section 1351.34 shall be the same as the registration process set forth in Section 1351.33 and as further set forth by the Commissioner of Buildings. Registration under Section 1351.33 will not negate the requirement for registration under this Section 1351.34.

SECTION 2. This Council hereby amends Subsection (c) of Section 1369.17 of the Codified Ordinances of the City of Cleveland Heights so that said Subsection shall henceforth read as follows: follows:

(c) The registration fees under this Section 1369.17 shall be $100.00. The registration process under this Section 1369.17 shall be the same as the registration process set forth in Section 1369.16 and as further set forth by the Commissioner of Buildings. Registration under Section 1369.16 shall not negate the requirement for registration under this Section 1369.17.

SECTION 3. Notice of the passage of this Ordinance shall be given by publishing the title and abstract of contents prepared by the Director of Law once in a newspaper of general circulation in the City of Cleveland Heights.

SECTION 4. This Ordinance is hereby declared to be an emergency measure immediately necessary for the preservation of the public peace, health and safety of the inhabitants of the City of Cleveland Heights, such emergency being the need to continue to address the problem of properties

ORDINANCE NO. 170-2012(PSH)

owned by out-of-county persons or entities. Wherefore, provided it receives the affirmative vote of five or more of the members elected or appointed to this Council, this Ordinance shall take effect and be in force immediately upon its passage; otherwise, it shall take effect and be in force from and after the earliest period allowed by law.

_____
EDWARD J. KELLEY, Mayor
President of the Council

_____
TOM RAGUZ
Clerk of Council

PASSED: December 3, 2012