## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| THE CROSSROADS GROUP, LLC, *et al.*, | ) ) ) | Case No. 1:23-cv-00184 |
| Plaintiffs, | ) ) ) | Judge J. Philip Calabrese |
| v. | ) ) ) | Magistrate Judge Jennifer Dowdell Armstrong |
| CITY OF CLEVELAND HEIGHTS, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## MINUTES AND ORDER

The Court held a status conference by Zoom on March 7, 2023.  Maurice A. Thompson and Morgan A. Schweighoefer appeared for Plaintiffs.  Stephen W. Funk and William R. Hanna appeared for Defendants.

Counsel discussed their respective positions on Defendants' motion for an extension of time to respond to Plaintiffs' motion for preliminary injunction (ECF No. 9).  Over Plaintiffs' objection, the Court **GRANTS** Defendants' motion.  Defendants have until April 17, 2023 to respond to Plaintiffs' motion for preliminary injunction.  Further, the Court addressed its expectations for the evidentiary support for any motion for class certification.

The Court sets the next status conference, which will be held by Zoom, for April 20, 2023, at 3:00 p.m.  Consistent with Section 8 of its Civil Standing Order, Plaintiffs may request a status conference before then if Defendants act contrary to their

representations on the record (*see* ECF No. 11, PageID #122) and during the conference.

     **SO ORDERED.**

Dated:  March 8, 2023

_____
     J. Philip Calabrese
     United States District Judge
     Northern District of Ohio