UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE CROSSROADS GROUP, LLC, *et al.*, | Case No. 1:23-cv-00184 |
| Plaintiffs, | Judge J. Philip Calabrese |
| v. | Magistrate Judge Jennifer Dowdell Armstrong |
| CITY OF CLEVELAND HEIGHTS, *et al.*, | |
| Defendants. | |

## ORDER

The Court sets a status conference to be held via Zoom and on the record on May 23, 2023 at 4:00 pm. At the conference, the Court will discuss the attached tentative order.

**SO ORDERED.**

Dated: May 16, 2023

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio