**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **THE CROSSROADS GROUP, LLC, et al.,** | : | Case No.  23-cv-184 |
| | : | |
| **Plaintiffs,** | : | Judge Calabrese |
| | : | |
| -vs- | : | |
| | : | |
| **CITY OF CLEVELAND HEIGHTS, OHIO, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**NOTICE OF FILING**

Plaintiffs intend to cite, on Summary Judgment, Defendants' Answers to Plaintiff Andrew Strigle's First Set of Discovery Requests, provided to Plaintiffs on July 18, 2024.  These Answers are not currently within the Record.  Accordingly, for citation purposes, Plaintiffs file these Answers at this time.

    Respectfully submitted,

    */s/ Maurice A. Thompson*
    Maurice A. Thompson (0078548)
    1851 Center for Constitutional Law
    122 E. Main Street
    Columbus, Ohio 43215
    Tel: (614) 340-9817
    *MThompson@OhioConstitution.org*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all defendants through this Court's electronic filing system on the date of filing.

    Respectfully submitted,

    /s/ *Maurice A. Thompson*
    Maurice A. Thompson (0078548)