# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THE CROSSROADS GROUP, LLC, *et al.*, | Case No. 1:23-cv-00184 |
| Plaintiffs, | Judge J. Philip Calabrese |
| v. | Magistrate Judge Jennifer Dowdell Armstrong |
| CITY OF CLEVELAND HEIGHTS, *et al.*, | |
| Defendants. | |

## **JUDGMENT ENTRY**

Based on the Court's Opinion and Order in this matter, the Court enters judgment in favor of the class of Plaintiffs in the total amount of $414,650. The class members and the amounts owed to each pursuant to this judgment are identified in Exhibit 1 to the Court's Order dated February 17, 2026 (ECF No. 59; ECF No. 59-1). Further, pursuant to its Order dated January 29, 2026 (ECF No. 57), the Court defers ruling on any request for attorneys' fees until fourteen (14) days after the entry of a final non-appealable order. Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: February 17, 2026

                                                J. Philip Calabrese
                                                United States District Judge
                                                Northern District of Ohio