**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| THE CROSSROADS GROUP, LLC, *et al.* | CASE NO. 1:23-CV-184 |
| Plaintiffs, | |
| | JUDGE J. PHILIP CALABRESE |
| v. | |
| CITY OF CLEVELAND HEIGHTS, OHIO, *et al.* | |
| Defendants. | |

**JOINT NOTICE OF SETTLEMENT REGARDING**
**PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS**

The Parties hereby provide notice that they have reached a settlement that resolves all issues relating to the post-judgment motion for attorney fees and costs previously filed by Plaintiffs in this case (Doc.#61).  The settlement does not affect the validity or enforceability of the Court's judgment (Doc.#59), or the amounts that will be refunded to class members under the district court's judgment, but conclusively resolves all issues relating to the amount of attorney fees and costs that will be paid to Plaintiffs' attorneys in this case.

Respectfully submitted,

/s/ *Maurice A. Thompson (per e-mail consent)*    /s/ *Stephen W. Funk*

Maurice A. Thompson    Stephen W. Funk (0058506)
1851 Center for Constitutional Law    Roetzel & Andress, LPA
122 E. Main Street    222 South Main Street, Suite 400
Columbus, Ohio 43215    Akron, OH 44308
Telephone: (614) 340-9817    Telephone:  (330) 849-6602
E-mail:  mthompson@OhioConstitution.org    Email: sfunk@ralaw.com

*Attorneys for Plaintiffs Crossroads Group, LLC,*    *Attorneys for Defendant*
*Sole Houses, LLC, and Andrew Strigle*    *City of Cleveland Heights, Ohio*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of June 2026, the foregoing was filed electronically with the Court.  Notice of this filing has been served upon counsel of record via the Court's electronic filing system. Access to this filing can be obtained via the Court's electronic filing system.

*/s/ Stephen W. Funk*